## BRUCE *et al.* v. KETCHAM.

No. 2155.    Opinion Filed November 14, 1911.

(119 Pac. 124.)

**APPEAL AND ERROR—Dismissal—Failure to File Briefs.** Same as that in **Leavitt et al. v. Commercial National Bank,** 26 Okla. 164, 109 Pac. 71.

(Syllabus by the Court.)

*Error from District Court, Muskogee County; J. H. King, Judge.*

Action between A. M. Bruce and another, and H. F. Ketcham. From the judgment, Bruce and another bring error. Dismissed.

*George K. Powell* and *Howell H. Parks,* for plaintiffs in error.

*W. F. Rampendahl,* for defendant in error.

WILLIAMS, J. On December 1, 1910, petition in error, with case-made attached, was filed with the clerk of this court, and summons issued thereon. On September 11, 1911, the defendant in error filed a motion, which shows service upon the at-

torneys for plaintiffs in error, asking that the appeal be dismissed on account of failure to comply with rule 7 of this court (20 Okla. viii, 95 Pac. vi), requiring the plaintiff in error to prepare and serve briefs upon the defendant in error within 40 days after filing the petition in error. This appears not to have been done.

The appeal is therefore dismissed. *Leavitt et al. v. Commercial Nat. Bank,* 26 Okla. 164, 109 Pac. 71.

All the Justices concur.